Eduard Klinkovich
583 19th Ave.
San Francisco, CA 94121



UNITED STATES DISTRICT COURT
NORHTEN DISTRICT OF CALIFORNIA

**EDL**

EDUARD KLINKOVICH,

    Plaintiff,

vs.

ALBERTO R. GONZALES, Attorney
General of the United States; MICHAEL
CHERTOFF, Secretary of the Department
of Homeland Security; EMILIO T.
GONZALEZ, Director, United States
Citizenship and Immigration Services;
ROBERT S. MUELLER, III, Director of
FBI Federal Bureau of Investigation

    Defendants.

Case No. **C 07 3157**

COMPLAINT FOR NATURALIZATION

1. This is a lawsuit brought by Eduard Klinkovich, to obtain naturalization by this court pursuant to 8 U.S.C. §1447(b). This court has exclusive jurisdiction to make a determination on his applications, since it is more than 120 days since interview by United States Citizenship and Immigration Services. I requests that the Court grant me naturalization applications, and give me oaths of citizenship. I meet all the statutory eligibility requirements for citizenship.

COMPLAINT FOR NATURALIZATION- 1

ORGANIZATION
ADDRESS
PHONE

## PARTIES

2. Plaintiff, EDUARD KLINKOVICH am citizen of Republic of Georgia and a permanent resident since 1993. I reside in San Francisco, CA. I am married to, and resides with, my wife, Deanna Klinkovich, and my U.S. citizen children, Emily Klinkovich and Ilona Klinkovich, I seek an order granting me citizenship

3. Defendant Alberto Gonzales, Attorney General of the United States.

4. Defendant Michael Chertoff is the Secretary of the Department of Homeland Security.

5. Defendant EMILIO T. GONZALEZ is Director of United States Citizenship and Immigration Services.

6. Defendant ROBERT S. MUELLER, III, Director of FBI Federal Bureau of Investigation.

## JURISDICTION

7. This Court has jurisdiction pursuant 8 U.S.C. § 1447(b) (jurisdiction for hearing on naturalization in certain cases of delay).

## STATEMENT OF THE FACTS

8. EDUARD KLINKOVICH has been self employed by Fashion Exchange as a co-owner since 1999

9. I filed N-400 naturalization applications with filing fees on 10/03/2002 . I was fingerprinted by defendants on 11/02/2002. I attended interviews on his N-400 applications, on 06/27/2003 at the San Francisco USCIS office. I was told at the interview that I had

Case 3:07-cv-03157-EDL    Document 1    Filed 06/15/2007    Page 3 of 14

passed the English language, history and government tests, and that I had met the residence requirements and other eligibility requirements.

10. At the [06/27/2003] interview, I was also told that I could not be given final approval and the oath of citizenship until the defendants had completed a "name check".

11. I have met all the eligibility requirements for naturalization. I has met the residence requirements, are of good moral character, are attached to the Constitution, and have passed the English, history and government tests.

12. I inquired of defendants on [12/01/2003,01/30/2004,04/08/2004,06/10/2004,10/14/2004,02/26/2005,] about the status of his application, and was told that it was still pending. I took time off from work on [12/01/2003,01/30/2004,04/08/2004,06/10/2004,10/14/2004,02/26/2005] to check on the status of his applications. After waiting three to four hours, I was told that my applications were still pending, the same answer I have been given every time I inquired since the [06/27/2003] interview. I need approval of his applications because I need a United States passport to facilitate travel, want to vote

13. Since the date of interview, it has been over [3 years in excess of the 120-day statutory grace period, but USCIS has not made a decision on his application, nor has it informed plaintiff of any deficiency in his applications.

_[signature]_

Plaintif

# EXHIBITS

A. Notification of receipt of application N400 "Application For Naturalization" and fees paid dated October 03, 2002

B. Receipt of Fingerprinting dated November 06, 2003

C. "Naturalization Interview Results" noting that I have passed the English and US history tests and stating that "Decision cannot be made"

D. "Citizenship Inquiry" dated December 01, 2003

E. Citizenship Inquiry" dated January 30, 2004

F. Citizenship Inquiry" dated April 08, 2004

G. Citizenship Inquiry" dated October 14, 2004

H. Citizenship Inquiry" dated April 26, 2005

I. Receipt of Re-Fingerprinting dated January 31, 2004 (first fingerprints expired)

J. Mail Response to "Citizenship Inquiry" dated February 20, 2004 to(Exhibit E)

K. Mail Response to "Citizenship Inquiry" dated June 08, 2004 to (Exhibit F)

L. Mail Response to "Citizenship Inquiry" dated May 10, 2005 to (Exhibit H)

# THE UNITED STATES OF AMERICA

| Receipt | | | NOTICE DATE |
|---|---|---|---|
| CASE TYPE | | | October 03, 2002 |
| N400   Application For Naturalization | | | INS A# |
| APPLICATION NUMBER | RECEIVED DATE | PRIORITY DATE | A 071 137 000 |
| WSC*000877257 | September 20, 2002 | September 20, 2002 | PAGE  1 of 1 |

**APPLICANT NAME AND MAILING ADDRESS**
EDUARD KLINKOVICH
583 19TH AVE
SAN FRANCISCO CA 94121

**PAYMENT INFORMATION:**

Single Application Fee: $310.00
Total Amount Received: $310.00
Total Balance Due: $0.00

The above application has been received by our office and is in process. Our records indicate your personal information is as follows:

Date of Birth:         July 08, 1976
Address Where You Live: 583 19TH AVE
                       SAN FRANCISCO CA 94121

Please verify your personal information listed above and immediately notify our office at the address or phone number listed below if there are any changes.

You will be notified of the date and place of your interview when you have been scheduled by the local INS office. You should expect to be notified within 460 days of this notice.

*Exhibit A*

If you have any questions or comments regarding this notice or the status of your case, please contact our office at the below address or customer service number. You will be notified separately about any other cases you may have filed.

If you have other questions about possible immigration benefits and services, filing information, or INS forms, please call the INS National Customer Service Center (NCSC) at **1-800-375-5283**. If you are hearing impaired, please call the NCSC TDD at **1-800-767-1833**.

If you have access to the Internet, you can also visit INS at **www.ins.usdoj.gov**. Here you can find valuable information about forms and filing instructions, and about general immigration services and benefits. At present, this site does not provide case status information.

**INS Office Address:**
US IMMIGRATION AND NATURALIZATION SERVICE
CALIFORNIA SERVICE CENTER
P.O BOX 10400
LAGUNA NIGUEL CA 92607-

**INS Customer Service Number:**
(949) 831-8427

APPLICANT COPY

WSC$000973468



## CITIZENSHIP INQUIRY

Date __12/01/03__

A # __0711 37 000__

Date of Birth __07/08/1976__

Name of Applicant
Current Address

Eduard Klinkovich
583 19th Ave
SF CA 94121

Is this your new address? ( ) Yes  (X) No    Telephone #: __415-831-5831__

Type of Application involved (Form Number if known): __N 400__

Date application submitted: _____    Date of Preliminary Interview __6/27/2003__

Is this your first inquiry? (X) Yes  ( ) No    If not, Date of last inquiry _____

PLEASE NOTE: We will not respond if last inquiry was less than (6) six weeks ago. Time is needed to check and prepare a response. Thank you for understanding and for your cooperation.

REASON FOR THIS INQUIRY: ( ) Change of Address    (X) Status Inquiry    ( ) Other (Briefly explain below if necessary):

wants to know if he needs to submit anything to the Svc. claims never received request.

Exhibit D

DO NOT WRITE BELOW THIS LINE

INS RESPONSE:

Dear applicant,
Your application is still waiting for fingerprint clearance.

Date: __12-11-03__    Initials: __KC__

Citizenship Inquiry 050597

## CITIZENSHIP INQUIRY

Date __10/14/04__

A # __0711 3700__

Date of Birth __7/8/1976__

Name of Applicant
Current Address

__Edward Klinkovich__
__523 19th Ave__
__SF. CA 94121__

Is this your new address? ( ) Yes (X) No    Telephone #: __415 831-5831__

Type of Application involved (Form Number if known): __N 400__

Date application submitted: __9-2001__   Date of Preliminary Interview __6-27-2002__

Is this your first inquiry? ( ) Yes (X) No   If not, Date of last inquiry __6-10-2004__

PLEASE NOTE: We will not respond if last inquiry was less than (6) six weeks ago. Time is needed to check and prepare a response. Thank you for understanding and for your cooperation.

REASON FOR THIS INQUIRY: ( ) Change of Address   (X) Status Inquiry   ( ) Other (Briefly explain below if necessary):

__Exhibit G__

### DO NOT WRITE BELOW THIS LINE

INS RESPONSE:

Date: _____   Initials: _____

Citizenship-Inquiry 050597

**5th Inquiry**

## CITIZENSHIP INQUIRY

Date __4/26/05__

A # __0711 3700__

Date of Birth __7/8/76__

Name of Applicant
Current Address

583 19th Ave
SF CA 94121

Is this your new address? ( ) Yes  (X) No   Telephone #: __415 831____

Type of Application involved (Form Number if known): __N400__

Date application submitted: __9-2001__   Date of Preliminary Interview __6-27-2003__

Is this your first inquiry? ( ) Yes  (X) No   If not, Date of last inquiry __10-14-2004__

PLEASE NOTE: We will not respond if last inquiry was less than (6) six weeks ago. Time is needed to check and prepare a response. Thank you for understanding and for your cooperation.

REASON FOR THIS INQUIRY: ( ) Change of Address   (X) Status Inquiry   ( ) Other (Briefly explain below if necessary):

Exhibit H

*[Stamp: 2005 APR 26 A 10:31 BUSINESS OF INFORMATION UNIT]*

**DO NOT WRITE BELOW THIS LINE**

INS RESPONSE:

Date: _____   Initials: _____

Citizenship Inquiry 050597



## DBI TENPRINTER Applicant Information Worksheet (AIW)

When you have completed this worksheet, turn it into the receptionist. Have this worksheet, your appointment notification letter and picture identification available.

NAME: Klinkovich    Eduard
      Last        First        Middle        Suffix

DATE OF BIRTH: 1976  07  08    PHONE #: 415 8315831
      Year   Month   Day

PLACE OF BIRTH: USSR    SEX: (Male or Female) Male

RACE: Check the most appropriate code below:

___ American Indian or Alaskan Native    ___ Black    _X_ White (Hispanic also check)

___ Asian or Pacific Island    ___ Unknown

HEIGHT: 6 Feet 2 Inches    WEIGHT: 210 Pounds

EYE COLOR: Check the most appropriate code below:

___ Black  ___ Brown  _✓_ Green  ___ Gray  ___ Pink     Exhibit I

HAIR COLOR: Check the most appropriate code below:

_✓_ Black  ___ Bald  ___ White  ___ Sandy  ___ Red  ___ Gray  ___ Blonde  ___ Brown

COUNTRY OF CITIZENSHIP: _____ SX _____

SOCIAL SECURITY NUMBER: 613 - 56 - 2626

ALIEN REGISTRATION NUMBER: A 71137000

LIST ANY OTHER NAMES YOU HAVE USED:

Klinkovich    Eduard    Borisovich
    Last      First      Middle      Suffix

RESIDENCE ADDRESS:

583  19th Ave              S.F  CA  94121
Street number and name  Apartment #  City  State  Zip Code

REASON FOR FINGERPRINT APPLICATION: (I-485, I-589, I-600, I-821, N-400): N400

---

| LOCAL AIW STAMP |
|---|
| FD-258 Completed at INS/ASC:  **SFR / XTD** |
| On: 1/31/04  By: 641 |
| QC Check Completed By: 1579 |

U.S. Department of Homeland Security
San Francisco, CA 94111



U.S. Citizenship
and Immigration
Services

EDUARD VLINKOVICH
583 19TH AVE
SAN FRANCISCO, CA 94121

A71137000

App Id:

2-20-04

fgv

Re: Pending N-400 for Background Check

*Exhibit J*

    This is in response to your recent inquiry. A review of your application shows that your Form N-400, Application for Naturalization, is still pending for the completion of all necessary background checks. Unfortunately a decision on your application cannot be made until all required security checks have been completed. All cases pending for security checks are regularly reviewed for any new cases that have cleared. We apologize for the delay and request your cooperation and patience in waiting for these important checks to be completed.

    Thank you for your cooperation and patience.

    U.S. Citizenship and Immigration Services
    630 Sansome Street
    San Francisco CA 94111

www.dhs.gov

U.S. Department of Homeland Security
San Francisco, CA 94111



**U.S. Citizenship and Immigration Services**

EDUARD KLINKOVICH
583 19TH AVENUE
SAN FRANCISCO CA 94121

File No. A071 137 000
App Id:
Date: June 10, 2004
Officer: YH

Re: Pending N-400 for Background Check

*Exhibit K*

    This is in response to your recent inquiry. A review of your application shows that your Form N-400, Application for Naturalization, is still pending for the completion of all necessary background checks. Unfortunately a decision on your application cannot be made until all required security checks have been completed. All cases pending for security checks are regularly reviewed for any new cases that have cleared. We apologize for the delay and request your cooperation and patience in waiting for these important checks to be completed.

    Thank you for your cooperation and patience.

U.S. Citizenship and Immigration Services
630 Sansome Street
San Francisco CA 94111

U.S. Department of Homeland Security
San Francisco, CA 94111



**U.S. Citizenship and Immigration Services**

EDUARD KLINKOVICH
583 – 19TH AVENUE
SAN FRANCISCO, CA 94121

File No. A071137000
App Id:
Date: 5/10/05
Officer: FS

## A Note to Our Applicants Regarding National Security Checks:

A final Decision cannot be made on any application for naturalization until national security checks are complete and the local US CIS office receives a response.

This process can take many months. Authorities in the Washington D.C. area complete the checks and this office has no control over the pace of their completion. **In fact, it is not unusual for the checks to take well over six months.**

It is important to understand that your case is not the only one. At any given time, there are many hundreds of this office's cases pending due to national security checks and that a significant portion of the checks take more than six months. Cases with pending security checks are queried every week to ensure that those that have cleared are acted on in a timely manner.

I thank you for your patience and, with this information in mind, I ask that you wait at least 120 days from the date of your interview before making any inquiries into the status of your case. This will help us use our personnel more efficiently to complete cases rather than diverting them to answer premature status inquiries.

I note that you were interviewed on June 27, 2003 for naturalization.

Sincerely,

David N/ Still
District Director

Exhibit L
3 pages

www.dhs.gov



**CITIZENSHIP INQUIRY**

5th Inquiry

Date  4/26/05

A #  07113700

Date of Birth  7/8/76

Name of Applicant
Current Address

---

**ROUTING AND TRANSMITTAL SLIP**      Date  APR 26 2005

TO: (Name, office symbol, room number, building, Agency/Post)

1. NATZ.
2. ATTN: LYNN
3. Peterson
4.
5.

| | Initials | Date |
|---|---|---|

Action / Approval / As Requested / Circulate / Comment / Coordination
File / For Clearance / For Correction / ...
Note and Return / Per Conversation / Prepare Reply / See Me / ...

**REMARKS**

Per SDAO Barrett, said to try your best to get this man cleared out. This applicant comes faithfully to CIS and INQ. his status and everytime he gets really frustrated as well as the IIOs. Thanks. Jamie

31-S831

6-27-2003
10-14-2004

...e is needed to check and prepare a

(Briefly explain below if necessary):

DO NOT use this form as a RECORD of approvals, concurrences, clearances, and similar actions

FROM: (Name, org symbol, Agency/Post)

INFO

Room No. — Bldg.

Phone No.

NSN 7540-00-935-5862
5041-103



OPTIONAL FORM 41 (Rev. 1-94)
Prescribed by GSA
UNICOR-FPI-SST

Initials: _____

```
                            SEARCH CRITERIA:
  C1DN      : A071137000              ORI:
  A-NUMBER  : 071137000
  NAME (L/F): KLINKOVICH               EDUARD

  DATE OF BIRTH  : 07/08/1976
  NC REQUEST SENT: 12/03/2002
  PLACE OF BIRTH :
```

******************** FBI RESPONSE INFORMATION *************************

```
  FBI RESPONSE DESC     : PENDING
  DATE PROCESSED BY FBI: 07/21/2003
  DATE/TIME LOADED AT INS: 09/10/2003  21:00:22

  FBI NAME: KLINKOVICH,EDUARD             FBI DATE OF BIRTH: 07/08/1976


                            PF6        PF8
                       PRIOR SCREEN   LOGOFF
```