```
 1  SCOTT N. SCHOOLS, SC SBN 9990
    United States Attorney
 2  JOANN M. SWANSON, CSBN 88143
    Assistant United States Attorney
 3  Chief, Civil Division
    EDWARD OLSEN, CSBN 214150
 4  Assistant United States Attorney

 5     450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
 6     Telephone: (415) 436-6915
       FAX: (415) 436-6927
 7
 8  Attorneys for Defendants
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EDUARD KLINKOVICH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ALBERTO GONZALES, Attorney General of the United States;<br>MICHAEL CHERTOFF, Secretary of the Department of Homeland Security;<br>EMILIO T. GONZALEZ, Director, United States Citizenship and Immigration Services;<br>ROBERT S. MUELLER, III, Director of FBI Federal Bureau of Investigation,<br><br>　　　　　Defendants. | No. C 07-3157 EDL<br><br>**PARTIES' CONSENT TO MAGISTRATE JUDGE JURISDICTION** |

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the Plaintiff and the Defendants in this case hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

///

///

Parties' Consent to Magistrate Jurisdiction
C07-3157 EDL                                    1

1 | Dated: August 6, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendants

10 | Date: August 2, 2007

EDUARD KLINKOVICH
*Pro Se*

Parties' Consent to Magistrate Jurisdiction
C07-3157 EDL

2