1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD A. OLSEN, CSBN 214150
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-6915
      FAX: (415) 436-6927
7
   Attorneys for Defendants
8

9                  UNITED STATES DISTRICT COURT

10                NORTHERN DISTRICT OF CALIFORNIA

11                    SAN FRANCISCO DIVISION

12 EDUARD KLINKOVICH,              )
                                   )  Case No. 07-3157 EDL
13              Plaintiff,         )
                                   )
14       v.                        )
                                   )  **STIPULATION TO DISMISS AND**
15 ALBERTO GONZALES, Attorney General ) **[PROPOSED] ORDER**
   of the United States;           )
16 MICHAEL CHERTOFF, Secretary of the )
   Department of Homeland Security; )
17 EMILIO T. GONZALEZ, Director, United States )
   Citizenship and Immigration Services; )
18 ROBERT S. MUELLER, III, Director of FBI )
   Federal Bureau of Investigation, )
19                                 )
                Defendants.        )
20 _____ )

21     Plaintiff, appearing *pro se*, and Defendants, by and through their attorneys of record, hereby

22 stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without

23 prejudice in light of the fact that the United States Citizenship and Immigration Services is now

24 prepared to adjudicate plaintiff's application for naturalization and agrees to adjudicate such

25 application within 30 days of the dismissal of this action.

26     Each of the parties shall bear their own costs and fees.

27 ///

28

Stipulation to Dismiss
C07-3157 EDL                            1

1 | Dated: August 4, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

_____
EDWARD OLSEN
Assistant United States Attorney
Attorneys for Defendants

8 | Dated: August 2, 2007

_____
EDUARD KLINKOVICH
*Pro Se*

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: _____
ELIZABETH D. LAPORTE
United States Magistrate Judge

Stipulation to Dismiss
C07-3157 EDL

2