SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6915
   FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EDUARD KLINKOVICH, ) <br> ) <br>          Plaintiff, ) <br> ) <br>          v. ) <br> ) <br> ALBERTO GONZALES, Attorney General ) <br> of the United States; ) <br> MICHAEL CHERTOFF, Secretary of the ) <br> Department of Homeland Security; ) <br> EMILIO T. GONZALEZ, Director, United States ) <br> Citizenship and Immigration Services; ) <br> ROBERT S. MUELLER, III, Director of FBI ) <br> Federal Bureau of Investigation, ) <br> ) <br>         Defendants. ) <br> ) | Case No. 07-3157 EDL <br><br> **STIPULATION TO DISMISS AND** <br> **[~~PROPOSED~~] ORDER** |

    Plaintiff, appearing *pro se*, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to adjudicate plaintiff's application for naturalization and agrees to adjudicate such application within 30 days of the dismissal of this action.

    Each of the parties shall bear their own costs and fees.

///

Stipulation to Dismiss
C07-3157 EDL                      1

1 | Dated: August 4, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

EDWARD OLSEN
Assistant United States Attorney
Attorneys for Defendants

8 | Dated: August 2, 2007

EDUARD KLINKOVICH
*Pro Se*

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: August 7, 2007

ELIZABETH D. LAPORTE
United States Magistrate Judge

IT IS SO ORDERED
Judge Elizabeth D. Laporte

Stipulation to Dismiss
C07-3157 EDL

2